# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2023

## NO. 03-22-00527-CR

**Gerardo Renee Barlow, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.